**THE LAW OFFICES OF JOHN L. BURRIS**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

**THE LAW OFFICES OF JOHN L. BURRIS**
DeWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
LENA P. ANDREWS, Esq. (SBN 342471)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com
julia.quesada@johnburrislaw.com
lena.andrews@johnburrislaw.com

Attorneys for Plaintiff
Jeffrey Dibbern

# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DIBBERN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, a municipal entity; ANTHONY KIDWELL, individually and in his official capacity as a police officer for the Bakersfield Police Department; JEFFREY KING, individually and in his official capacity as a police officer for the Bakersfield Police Department; JAIME VELAZQUEZ, individually and in his official capacity as a police officer for the Bakersfield Police Department; NGHIA DUONG, individually and in his official capacity as a police officer for the Bakersfield Police Department; FABIAN SALAZAR, individually and in his official capacity as a police officer for the Bakersfield Police Department; GARETT SANFORD, | Case No.: 1:22-cv-00723-BAK<br><br>*(Magistrate Judge Christopher D. Baker)*<br><br>**RESPONSE TO ORDER TO SHOW CAUSE WHY SANCTIONIONS SHOULD NOT BE IMPOSDED FOR FAILURE TO FILE JOINT REPORT**<br><br>Date:     October 17, 2022<br>Ctrm.:    10 |

**RESPONSE TO ORDER TO SHOW CAUSE RE: WHY SANCTIONIONS SHOULD NOT BE IMPOSDED FOR FAILURE TO FILE JOINT REPORT**

individually and in his official capacity as a police officer for the Bakersfield Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Bakersfield Police Department,

Defendants.

## **RESPONSE**

Plaintiff's Counsel hereby submits this Response to the Court's October 13, 2022, Order to Show Cause [Dkt. 16] regarding the failure to file a Joint Scheduling Report as required by Dkt. 3.

Plaintiff's counsel was in trial from October 4, 2022, until October 14, 2022, in another matter before the Hon. District Judge Dolly M. Gee. Plaintiff's Counsel notified defense counsel on October 11, 2022, that they were in the midst of a trial and were thus unable to provide their portion of the joint report prior to 5:00 pm. Counsel for Defendants stated they would not be available to review Plaintiff's amendments after normal business hours and that they would file a separate statement at 5:00 pm that evening.

Plaintiff's Counsel worked diligently to provide Defendant's with their amendments to the joint report and provided it to Defense counsel the following day. After discussing the amendments, the parties were unable to reach a consensus regarding the proposed pretrial conference and trial date. Due to these discussions, the report was not able to be filed prior to the Court's deadline on October 13, 2022 [Dkt. 15]. The Joint Report was thereafter filed on October 14, 2022 [Dkt. 17].

Plaintiff's Counsel understands the important of meeting the Court's set deadlines and apologizes for any inconvenience that their failure may have caused. Plaintiff's Counsel will work diligently to keep all future deadlines. Plaintiff respectfully requests that this Court find no prejudice from the late filing and not impose sanctions on Plaintiff's counsel.

//

The Law Offices of John L. Burris
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

**RESPONSE TO ORDER TO SHOW CAUSE RE: WHY SANCTIONIONS SHOULD NOT BE IMPOSDED FOR FAILURE TO FILE JOINT REPORT**

**THE LAW OFFICES OF JOHN L. BURRIS**

By: /s/ *Lena Andrews*
DeWITT M. LACY
JOHN L. BURRIS
JULIA N. QUESADA
LENA P. ANDREWS
Attorneys for Plaintiff,
Jeffrey Dibbern

The Law Offices of John L. Burris
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, California 90212

Case No. 1:22-cv-00723-BAK

**RESPONSE TO ORDER TO SHOW CAUSE RE: WHY SANCTIONIONS SHOULD NOT BE IMPOSDED FOR FAILURE TO FILE JOINT REPORT**