1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11  JEFFREY DIBBERN,

12          Plaintiff,

13      v.

14  CITY OF BAKERSFIELD, ET AL.,

15          Defendant.

16

Case No. 1:22-cv-00723-CDB

ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME *NUNC PRO TUNC* TO FILE JOINT SCHEDULING REPORT

(ECF Nos. 3, 15 - 18)

17      On June 14, 2022, Plaintiff Jeffrey Dibbern filed this civil rights action under 42 U.S.C. §

18  1983 seeking damages for Defendants' alleged excessive use of force, denial of medical care,

19  municipal liability, conspiracy to violate civil rights and related state law causes of action. (ECF

20  No. 1). On June 15, 2022, the Court entered an order setting a scheduling conference on October

21  18, 2022, and requiring that the parties, among other things, file a "Joint Scheduling Report" at

22  least "one (1) full week prior to the Scheduling Conference." (ECF No. 3 at p.2). Neither party

23  requested a continuance of the scheduling conference set for October 18, 2022.

24      On October 11, 2022, Defendants filed a scheduling report in which they represented they

25  "attempted to meet and confer with counsel for Plaintiffs to prepare a joint report; however,

26  counsel for Plaintiff is currently in trial and was not available to provide Plaintiff's portions prior

27  to the close of business" on the date of the filing. (ECF No. 14 at p.1). The following day (October

28  12, 2022), the Court ordered Plaintiff by 5:00pm that day to comply with his obligation to confer

1 with Defendants and file a scheduling report.  (ECF No. 15).  Plaintiff failed to comply with that
2 order, as well.

3       On October 13, 2022, the Court issued an order to show cause.  (ECF No. 16).  The
4 following day, the parties filed the Joint Scheduling Report.  Plaintiff thereafter timely filed a
5 response to the order to show cause. (ECF No. 18).  Counsel for Plaintiff represented that they had
6 been unavailable due to trial but had worked diligently to collaborate with Defendants to complete
7 and file the Joint Scheduling Report.  Counsel for Plaintiff apologized and expressed commitment
8 to adhering to all future court deadlines.

9       The Court finds good cause to discharge the order to show cause and accept the Joint
10 Scheduling Report, based on the proffer of Plaintiff's counsel that they worked diligently after
11 their initial unavailability to participate in the drafting and filing of the Joint Scheduling Report.

12       The Court reminds Counsel for Plaintiff that "press of business" excuses for failing to
13 comply with Court orders and the Local Rules are not acceptable and Counsel shall seek relief
14 from the Court IN ADVANCE of approaching deadlines if those deadlines cannot otherwise be
15 met.

16       Accordingly, IT IS HEREBY ORDERED that the Court's October 13, 2022 order to show
17 cause (ECF No. 16) is DISCHARGED.

18
19 IT IS SO ORDERED.
20 Dated:   **October 18, 2022**

UNITED STATES MAGISTRATE JUDGE

2