UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DIBBERN,<br><br>            Plaintiff,<br><br>       v.<br><br>CITY OF BAKERSFIELD, *et al.*,<br><br>            Defendants. | Case No.: 1:22-cv-00723-CDB<br><br>ORDER SETTING PRETRIAL CONFERENCE AND RETRIAL DATES<br><br>*Pretrial Conference*:<br>**July 9, 2025, at 10:30 a.m.**<br><br>*Jury Trial*:<br>**September 3, 2025, at 8:30 a.m**.<br><br>14-Day Deadline |

On January 13, 2025, the Court granted in part Defendants' renewed motion for partial judgment as a matter of law, pursuant to Rule 50(b) of the Federal Rules of Civil Procedure. (Doc. 142). In its order, the Court directed the parties to file a joint report setting forth their intentions for continued prosecution of this action, including proposed dates of mutual availability to appear for pretrial conference and retrial. *Id.* at 9. On February 3, 2025, the parties timely filed their joint report in response. (Doc. 143).

In their report, the parties represent mutual availability only during the period of September 2, 2025, to September 12, 2025, for retrial. *Id.* at 2-3. Defendants elaborate that the aforementioned dates conflict with two other matters but that it is "Defense counsel's belief that the other matters have a strong likelihood of getting re-set or resolved." *Id.* at 3. The parties did

not provide a mutually available date for a pretrial conference. Plaintiff proposes July 3, 2025, and Defendant proposes August 8, 2025. *Id.* at 2-3. Based on the parties' joint report, the Court will set dates for pretrial conference and trial as follows.

## I. PRETRIAL CONFERENCE & PROCEDURES

A pretrial conference is set for **July 9, 2025, at 10:30 a.m.**, located at the United States District Courthouse in Bakersfield, California, before Magistrate Judge Christopher D. Baker.

The parties are ordered to file a Joint Pretrial Statement pursuant to Local Rule 281(a)(2). The parties are further directed to submit a digital copy of their pretrial statement in Word format, directly to Magistrate Judge Baker's chambers, by email at CDBorders@caed.uscourts.gov. Counsels' attention is directed to Rules 281 and 282 of the Local Rules for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference.

The Court will insist upon strict compliance with those rules. In addition to the matters set forth in the Local Rules, the Joint Pretrial Statement shall include a Joint Statement of the case to be used by the Court to explain the nature of the case to the jury during voir dire.

## II. TRIAL DATE

The jury trial is scheduled to commence on **September 3, 2025, at 8:30 a.m.**, located at the United States District Courthouse in Bakersfield, California, before Magistrate Judge Christopher D. Baker.

## III. EFFECT OF THIS ORDER

Any party unable to appear for the pretrial conference or retrial dates outlined in this Order shall promptly engage in meet/confer efforts with the opposing party and file an appropriate motion or stipulation identifying the requested modification(s) and good cause therefor within 14 days of entry of this order. The moving party shall certify in its filing the nature and result of good faith meet/confer efforts.

///

///

///

///

**The dates for the pretrial conference and jury trial set in this order are considered firm and will not be modified absent a showing of good cause, even if a stipulation to modify is filed**. Due to the impacted nature of the civil case docket, this Court disfavors requests to modify established dates.

IT IS SO ORDERED.

Dated:   **February 6, 2025**

UNITED STATES MAGISTRATE JUDGE